No. 85–1708. · CALIFORNIA ET AL. v. CABAZON BAND OF MISSION INDIANS ET AL. C. A. 9th Cir. [Probable jurisdiction post-

poned, 476 U. S. 1168.] Motion of appellees for divided argument denied. JUSTICE BLACKMUN would grant the motion.